JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PASSION MOORE, | CASE NO. CV13-07354 BRO (RZx) |
|            Plaintiff, | |
| vs. | **JUDGMENT** |
| CITY OF SANTA BARBARA, SANTA BARBARA POLICE DEPARTMENT CAM SANCHEZ, RYAN DEJOHN, DETECTIVE JOHN INGRAM, DETECTIVE KRISTIN SHAMORDOLA, DAN MCGREW AND DOES 1 THROUGH DOE 10, | |
|            Defendants. | Complaint Filed:  October 4, 2013 |

The motion of the Defendants City of Santa Barbara, Santa Barbara Police Department, Cam Sanchez, Ryan Dejohn, Detective John Ingram, Detective Kristin Shamordola, and Dan McGrew, for summary judgment, came on regularly for hearing before this Court on December 1, 2014.  Ariel Pierre Calonne, City Attorney, by Robin L. Lewis, Assistant City Attorney, appeared for Defendants.  Melbourne B. Weddle, Esq. appeared on behalf of plaintiff Passion Moore.  Following oral arguments, the matter was taken under submission.

1

1         After considering the moving, opposition and reply papers, arguments of counsel,

2  and all other matters presented to the Court, IT IS HEREBY ORDERED that the

3  Defendants' motion is granted, that the plaintiff take nothing, that judgment in favor of

4  Defendants City Of Santa Barbara, Santa Barbara Police Department, Cam Sanchez,

5  Ryan Dejohn, Detective John Ingram, Detective Kristin Shamordola, and Dan McGrew

6  be entered forthwith, and that the defendants recover any costs according to law.

7

8  **IT IS SO ORDERED.**

9  Dated:  December 15, 2014        _____

10                       HONORABLE BEVERLY REID O'CONNELL
                             UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28